IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND ALFORD BRADFORD, | | 1:04-cv-05261-LJO-SMS-PC |
| | Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| | vs. | (Doc. 34) |
| TERHUNE, | | ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |
| | Defendants. | |

Raymond Alford Bradford ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 20, 2008, findings and recommendations were entered, recommending that this action be dismissed with prejudice for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 20, 2008, are adopted in full;

2. This action is dismissed with prejudice, based on plaintiff's failure to state a claim upon which relief can be granted; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:     May 9, 2008**                              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE

2